**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NO:    3:00CR-63-01-C**

**KENNETH D. WILLIS**                                                                        **DEFENDANT**

**REPORT AND RECOMMENDATION**

This matter came before the Magistrate Judge for a final revocation hearing on July 3, 2007 on a petition for alleged violations of supervised release filed by the United States Probation Officer on May 22, 2007.  There appeared Tom Dyke on behalf of Rob Bonar, Assistant United States Attorney, and the defendant, Kenneth D. Willis, in person, with Brian Butler, retained counsel.  The proceedings were digitally recorded.  At the final hearing, the defendant stipulated to the violations set forth in the petition.

 Originally, this case was on the docket of Senior Judge Edward Johnstone and was then transferred to the docket of District Judge Jennifer B. Coffman, once the defendant made his initial appearance in Court on the petition.  At the initial appearance, the defendant was furnished with a copy of the petition, was advised of the nature of the allegations set forth in the petition, and was advised of his rights.

At the preliminary revocation and detention hearing set on May 30, 2007, the defendant, through counsel, executed a waiver of preliminary hearing and proceeded on the issue of detention. For the reasons stated on the record that date, the defendant was ordered detained.

The petition filed by the United States Probation Officer, alleges numerous violations of standard conditions of the defendant's supervised release, which began on December 23, 2005 as set forth below:

> 1. The defendant was ordered to participate in a drug aftercare program and was to refrain from any unlawful use of a controlled substance. On March 5, 2007, the defendant tested positive for marijuana and cocaine. On April 18, 2007 and April 23, 2007, the defendant tested positive for cocaine. On April 27, 2007, the defendant tested positive for cocaine and opiates. This is a violation of explicit condition that the defendant shall refrain from the unlawful use of controlled substances.
>
> 2. By virtue of the defendant's possession of cocaine on or about March 5, 2007, April 18, 2007, April 23, 2007, the defendant committed a felony offense as defined in KRS Section 218A.1415. This is a violation of explicit condition that the defendant not commit another federal, state or local crime.

## **RECOMMENDATION**

The undersigned Magistrate Judge recommends to the District Court that the five year term of supervised release imposed in this case on February 12, 2001 be revoked and that the defendant be committed to the custody of the Bureau of Prisons for a term of eighteen (18) months. Upon release from imprisonment, it is recommended that the defendant be placed on supervised release for a term of 48 months. In addition, the defendant is ordered to pay the balance of the restitution owed in this case, in the amount of $675.00. The defendant shall abide by the standard conditions of supervised release, as well as a special condition which includes drug aftercare, and three (3) months residency at the residential re-entry center, which will be explained by the U.S. Probation Officer and filed in the record.

The policy statements in Chapter 7 of the Sentencing Commission's Guideline Manual reflect that this defendant's violation conduct constitutes Grade B violations. The defendant's

criminal history category determined at the time of the original sentence was VI. Therefore, the advisory range of imprisonment applicable upon revocation in this case is from 21 to 27 months based on the revocation table suggested by the Sentencing Commission. The Court believes that the recommended sentence to be imposed is reasonable and sufficient but not greater than necessary to comply with the purposes set forth in Section 3553 (a)(2).

## **CONCLUSION**

The undersigned Magistrate Judge recommends that the five year term of supervised release, imposed in this case on February 12, 2001 be revoked, and that the defendant be sentenced to eighteen (18) months of incarceration, followed by 48 months of supervised release, with a special condition to include drug aftercare, and three (3) months residency at the residential re-entry center.

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant

## **NOTICE**

Within ten (10) days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd., 474 U.S. 140 (1985). 28 U.S.C. Section 636(b)(1)(C); Fed.R.Civ.P. 72(b).

0 | 30