UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CRIMINAL ACTION NO. 00-63-C**

**UNITED STATES OF AMERICA,** **PLAINTIFF,**

**V.** **O R D E R**

**KENNETH WILLIS,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the Report and Recommendation of U.S. Magistrate Judge James D. Moyer, to which the defendant has objected. The court, having considered the matter de novo, adopts the factual findings made by the Magistrate Judge but finds that a sentence of 15 months in custody followed by 3 years of supervised release is sufficient, but not greater than necessary, to reflect the seriousness of his offense, afford adequate deterrence, provide just punishment, protect the public, and provide the necessary treatment to the defendant. Having made those findings, and having considered the advisory range of 21 to 27 months, the court thus **ORDERS** as follows:

The defendant's term of supervised release is revoked and he is sentenced to 15 months in the custody of the Bureau of Prisons, followed by 3 years of supervised release, with the same conditions as originally imposed by this court.

Signed on  November 14, 2007

**Jennifer B. Coffman, Judge**
**United States District Court**